No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Adolf Mandel, Respondent, v. David Hopkins and William Hopkins, as Executors, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Adolf Mandel, Appellant, v. David Hopkins and William Hopkins, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

William A. Evans, as Trustee, etc., Respondent, v. Rubber Goods Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Application of Arthur Von Briesen, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Leon M. Prince, as Trustee, etc., Appellant, v. Globe and Rutgers Fire Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of William W. Farley, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Certificate No. 4,768 Issued to Gustav Schultz, Appellant.— Order affirmed, with ten dollars costs and disbursements, on opinion of Greenbaum, J. (Reported in 84 Misc. Rep. 594.) Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Harry Kirshman, Doing Business as Kirshman Bros., Respondent, v. Crawford-Plummer Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Asphalt Paving and Contracting Company, Appellant, v. The City of New York, Respondent. (2 cases.) — In each case order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

National Aniline and Chemical Company, Respondent, v. Henry Leerburger and Boerue Leerburger, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Cora Stern, Respondent, Appellant, v. David F. Stern, Appellant, Respondent.— On plaintiff's appeal order affirmed, without costs. On defendant's appeal order reversed and motion granted, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Cora Stern, Respondent, v. David F. Stern, Appellant.— Order reversed and motion granted, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.